UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN LIMOR, TRUSTEE IN BANKRUPTCY FOR SHARON SYKES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:05-0688<br>) JUDGE ECHOLS |
| OPEN ARMS CARE CORPORATION, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant Open Arms Care Corporation's Motion for Summary Judgment (Docket Entry No. 34) is hereby GRANTED.

(2) This case is hereby DISMISSED WITH PREJUDICE.

(3) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE